An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

ANDRIJANA MACKOVSKA, AN INDIVIDUAL,
Appellant,
vs.
LIBERTY MUTUAL FIRE INSURANCE COMPANY, A BUSINESS ENTITY OF UNKNOWN FORMATION,
Respondent.

No. 65088

**FILED**

SEP 2 9 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Respondent has moved to dismiss this appeal based on appellant's failure to file her case appeal statement, docketing statement, or transcript request form despite this court issuing notices directing appellant to file these documents. The motion also notes that the time for filing appellant's opening brief has expired and that appellant has failed to file that document. Appellant has not opposed the motion. In light of appellant's failure to comply with this court's rules, respond to this court's directives to file these necessary documents, or oppose respondent's motion to dismiss, we grant the motion and order this appeal dismissed.

It is so ORDERED.

_____, J.
Pickering

_____, J.
Parraguirre

_____, J.
Saitta

SUPREME COURT
OF
NEVADA

(O) 1947A

14-32287

cc: Hon. Nancy L. Allf, District Judge
Salvatore C. Gugino, Settlement Judge
Cutter Law Firm, Chtd.
Snell & Wilmer, LLP/Las Vegas
Eighth District Court Clerk